# UNITED STATES DISTRICT COURT
# * Arraignment *

Date: 09/27/2019                                      Case No.: 1:19-cr-253-TSE-2, 4, 6, 7, 8
Court Time: 1:32 p.m. – 2:14 p.m. (00:42)

---

## UNITED STATES OF AMERICA v. DARRYL JULIUS POLO (2)
## FELIPE GARCIA (4)
## PETER H. HUBER (6)
## YOANY VAILLANT (7)
## ANGEL VILLARINO (8)

PRESENT:        Honorable **T.S. Ellis, III**,   U. S. District Judge

| | |
|---|---|
| COURTROOM DEPUTY: | Tanya Randall |
| COURTROOM REPORTER: | Patricia Kaneshiro-Miller |
| ASST. U.S. ATTORNEY: | Alexander Berrang, Matthew Lamberti |
| COUNSEL FOR DEFT: | Elizabeth Ann Mullin (2) |
| | John Kiyonaga (4) |
| | Christopher Amolsch (6) |
| | Lana Manitta (7) |
| | Mary Nerino for David Benowitz (8) |

- Counsel for deft, Kristopher Lee Dallman(1), Vernida Chaney
- Counsel for deft, Douglas M. Courson(3), Douglas Steinberg
- Counsel for deft, Jared Edward Jaurequi (5), Lana Manitta for John Iweanoge

**PROCEEDINGS:**

[ X ] Defendant is arraigned and specifically advised of rights.

[ X ] Defendant waives reading of indictment – WFA

[ X ] Defendant pled NG and demanded trial by jury

- Court finds there is adequate basis to go beyond the speedy trial date in December.

- Government to prepare and submit speedy trial act order that this is a complex case.

- Government estimates 5 – 7 full trial days.

- **JURY TRIAL SET FOR FEBRUARY 3, 2020 @ 10:00 A.M.**

- Counsel Douglas Steinberg for defendant, Douglas M. Courson(3) indicated he has a conflict with trial date. Court to replace counsel, Douglas Steinberg.

- Defense to submit in writing that defendant(s) has waived speedy trial under the Speedy Trial Act.

- Court advised parties that court will convene again on October 11, 2019 at 1:00 p.m. and all parties should be present for Motions and Motions Hearing Dates to be set.

- Court informed the parties that if defendant(s) waives appearance for the October 11th hearing, counsel need to submit pleading that defendant has waived appearance.

[ X ] Joint Motion for Entry of Stipulated Protective Order, Protective Order, Discovery Order entered in open court as to Deft(s) (5), (7), and (8)

[ X ] Joint Motion for Entry of Stipulated Protective Order and Protective Order entered in open court as to Deft(s) (1).

**Defendant**   [   ] Remanded   [ X ] Continued on Bond   [   ] Released on _____ Bond –
                                                                 see Order Setting Conditions of Release