# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 12/12/2019  Case #: 1:19-cr-00253-TSE-2
Time: 03:46 p.m. – 05:36 p.m. (01:50)  Interpreter/Lang: N/A

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**
v.
**DARRYL JULIUS POLO**

Deft appeared: [ X ] in person   [ ] failed to appear
[ X ] with Counsel   [ ] without Counsel
[ ] through Counsel

ELIZABETH MULLIN
**Counsel for Defendant**

ALEXANDER BERRANG
MATTHEW LAMBERTI
**Counsel for Government**

**Matter called for:**
[ ] Pre-Indictment Plea   [ X ] Change of Plea   [ ] Plea Agreement

**Filed in open court:**
[ ] Information   [ X ] Plea Agreement   [ X ] Statement of Facts   [ ] Waiver of Indictment

**Arraignment & Plea:**
[ ] WFA   [ ] FA   [ ] PG

**Plea:**
[ X ] Deft entered a Plea of Guilty as to Count(s) <u>1, 6, 8, 11 and 16</u> of the   [ X ] Indictment   [ ] Information

[ X ] Plea accepted by the Court.

[ ] Deft waived right to PSI and consent to proceed with sentencing.

[ X ] Motion for Dismissing Count(s) <u>7, 9, 10, 17, 18, and 19</u> by [ X ] US or [ ] Deft

[ X ] Order entered in open court   [ ] Order to follow

[ X ] Deft directed to USPO for PSI   [ X ] Yes   [ ] No

[ X ] Case continued to: **March 13, 2020** at **9:00 A.M.** for:

   [ ] Jury Trial   [ ] Bench Trial   [ ] Pre-Guidelines Sentencing   [ X ] Guidelines Sentencing

- Government request conditions of release be modified.
- Court ruled defendant can reside with both his cousin, Brittney Goldie and his wife and both will be subject to the same rules for reporting.
- Defense to submit a proposed order on the modified conditions of release and to file a pleading on why defendant should remain on the same conditions of release.

[ ] Deft remanded   [ ] Deft Released on Bond   [ X ] Deft Continued on same bond conditions

\#   Cancel previously scheduled Jury Trial of: <u>February 3, 2020 at 10:00 a.m.</u>