

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | No. 1:19-CR-253-2 |
| v. | The Honorable T.S. Ellis, III |
| DARRYL JULIUS POLO, <br> a/k/a djppimp, | |
| *Defendant*. | |

## ORDER

Before the Court is the Government's Motion to Dismiss Counts Seven, Nine, Ten, Seventeen, Eighteen, and Nineteen of the Indictment. The Motion is hereby **GRANTED**.

It is therefore **ORDERED** that Counts Seven, Nine, Ten, Seventeen, Eighteen, and Nineteen of the Indictment in this case are **DISMISSED** without prejudice.

Date: 12/12/19
Alexandria, Virginia

The Honorable T.S. Ellis, III
UNITED STATES DISTRICT JUDGE