# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:19-CR-253 |
| | ) | |
| | ) | Hon. T.S. Ellis |
| v. | ) | |
| | ) | |
| DARRYL JULIUS POLO | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon consideration of Defendant's Unopposed Motion to Continue Sentencing and for good cause shown,

It is hereby **ORDERED** that the Defendant's motion (Dkt. 188) is **GRANTED**.

It is further **ORDERED** that the sentencing hearing in this matter is continued from March 13, 2020, to Friday, August 7, 2020 at 9:00 a.m.

It is further **ORDERED** that the December 18, 2019 Order (Dkt. 140) remains in full force and effect.

Alexandria, Virginia
January 17, 2020

/s/
_____
T. S. Ellis, III
United States District Judge