IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 1:19-CR-253 |
| | ) | |
| KRISTOPHER LEE DALLMANN, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

In this criminal copyright infringement case, the following matters are scheduled for hearings on Thursday, September 17, 2020 at 2:00 p.m.: (1) the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege, (2) defendant Kristopher Dallmann's Motion to Suppress Statements and Evidence, (3) defendant Jared Edward Jaurequi's Motion to Suppress Statements and Evidence, (4) the third petition for action on conditions of defendant Jaurequi's pretrial release and its addenda, and (5) the petition for action on conditions of defendant Dallmann's pretrial release and its addenda. Because several witnesses are expected to testify in the course of these hearings, it is necessary to adjust the scheduled times for these hearings. Specifically,

- The evidentiary hearing on the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege, defendant Kristopher Dallmann's Motion to Suppress Statements and Evidence, defendant Jared Edward Jaurequi's Motion to Suppress Statements and Evidence will be rescheduled for **Thursday, September 17, 2020 at 10:00 a.m.**

- The hearings on defendant Dallmann's and defendant Jaurequi's alleged violations of the conditions of their pretrial release will be rescheduled for **Friday, September 18, 2020 at 9:00 a.m.** Counsel for defendants other than defendant Dallmann and defendant Jaurequi need not appear at the Friday, September 18, 2020 hearings on the alleged violations of pretrial release.

Additionally, the government has filed a motion to preclude defendants lacking standing

1

from participating in cross-examination, adducing evidence, or providing argument during the motions hearing. No defendant has opposed this motion. Because the government correctly argues that there is no sound reason to permit any other defendants to participate in the motions hearing, those defendants not implicated by the motions scheduled for a hearing on September 17, 2020 will not be permitted to participate in cross-examination, adduce evidence, or provide argument related to those motions during the September 17, 2020 motions hearing.

Accordingly,

It is hereby **ORDERED** that the evidentiary hearing on the government's Renewed Motion Requesting Confirmation of Waiver of Attorney-Client Privilege, defendant Kristopher Dallmann's Motion to Suppress Statements and Evidence, defendant Jared Edward Jaurequi's Motion to Suppress Statements and Evidence previously scheduled for Thursday, September 17, 2020 at 2:00 p.m. are **RESCHEDULED to Thursday, September 17, 2020 at 10:00 a.m.**

It is further **ORDERED** that the hearings on the third petition for action on conditions of defendant Jaurequi's pretrial release and its addenda, and the petition for action on conditions of defendant Dallmann's pretrial release and its addenda previously scheduled for Thursday, September 17, 2020 at 2:00 p.m. are **RESCHEDULED to Friday, September 18, 2020 at 9:00 a.m.**

It is further **ORDERED** that the government's Motion to Preclude Cross-Examination, Adducement of Evidence, or Argument at Motions Hearing by Defendants Lacking Standing (Dkt. 336) is **GRANTED.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, Virginia
August 17, 2020

/s/
_____
T. S. Ellis, III
United States District Judge