# SENTENCING MINUTES

| | |
|---|---|
| Date: 05/07/2021 | Judge: **T.S. ELLIS III** |
| | Reporter: T. Harris |
| | Time: 09:34 a.m.- 10:32 a.m. |
| | ( 00:58 ) |
| | Case Number: 1:19-cr-00253-TSE-2 |

UNITED STATES OF AMERICA         Counsel/Govt: Matthew Lamberti, Alexander Berrang

v.

**DARRYL JULIUS POLO**         Counsel/Deft: Elizabeth Mullin

- Gov't argues for a sentence of 57 months.
- Defense objects to the PO assessment of the 2-level enhancement for Use of Special Skill and argues for a sentence of 36 months.
- Court overrules defense objection and adopts PSI with exceptions: Court rules parties agreement on the applicable g/l is appropriate.

**SENTENCING GUIDELINES:**
Offense Level: 23
Criminal History: II
Imprisonment Range: 51 to 63 months
Supervised Release Range: 1 to 3 years: Ct. 1, 6, 16
Supervised Release Range: 1 year: Ct. 8, 11
Fine Range: $20,000 to $2,000,000
Restitution $TBD
Special Assessment $100 (on each of Cts. 1, 6, 16)
Special Assessment $25 (on each of Cts. 8, 11)

**JUDGMENT OF THE COURT:**
- Total BOP for 57 months (57 months on ea. of Cts 1, 6, 16 and 12 months on ea. of Cts. 8 and 11 -Concurrent)
- Total Supervised Release for 3 Years (3 years on ea. of Cts. 1, 6 and 16 and 1 year on ea. of Cts. 8 and 11 - Concurrent), with special conditions:   ( X ) Yes    ( ) No
- Restitution to be determined at the conclusion of the Jury Trial of the remaining six (6) defendants.
- Special Assessment $100 (on each of Cts. 1, 6, 16)
- Special Assessment $25 (on each of Cts. 8, 11)
- Consent Order of Forfeiture entered in open court.
- Order on the pending charges in Michigan is stayed until after the Jury Trial of the remaining defendants.
- Defendant advised of his right to appeal his sentence.

**RECOMMENDATIONS to BOP**:
X         Dft. To be designated to: a facility in the Las Vegas area to be near his family.
_____    Dft. designated to facility to participate in ICC (Boot Camp) type program
_____    Dft. to participate in the Residential Drug Abuse Treatment Program (RDAP)
_____    Other: _____

Deft: ( X ) Cont'd on Bond to Self-Surrender not before August 16, 2021.